# UNITED STATES DISTRICT COURT
for the

|   |   |   |
|---|---|---|
| _____  *Plaintiff*  v.  _____  *Defendant* | )  )  )  )  )  ) | Civil Action No. _____ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on motions for

Date: September 8, 2014

CLERK OF COURT

_____

_____
*(By) Deputy Clerk*